**RECEIVED**

MAY 2 6 2026

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,
Plaintiff,

v.                              Case No. 0:26-cr-00027-LMP-JFD

Caesar Munir Wilson,
Defendant.

# DEFENDANT'S NOTICE OF REQUEST FOR SCHEDULING OR FILING INSTRUCTIONS REGARDING PENDING MOTION TO DISMISS

Defendant Caesar Munir Wilson respectfully gives notice regarding the pending Motion to Dismiss the Indictment filed April 28, 2026, ECF No. 59.

ECF No. 59 remains Defendant's pending Motion to Dismiss the Indictment. This Notice does not replace, withdraw, amend, supplement, or abandon ECF No. 59.

ECF No. 59 seeks dismissal of the Indictment under Federal Rule of Criminal Procedure 12(b)(3)(B)(iii), Federal Rule of Criminal Procedure 12(b)(3)(B)(v), and Federal Rule of Criminal Procedure 7(c)(1). ECF No. 59 also states that Defendant conferred with the United States under D. Minn. LR 12.1(b) before filing and that the Government did not object to Defendant filing the motion.

Under D. Minn. LR 7.1(c), motions to dismiss are treated as dispositive motions. LR 7.1(c) further provides that, before filing a dispositive motion, the party must contact the district judge's courtroom deputy, who will either schedule a hearing or instruct the party when to file the motion and supporting documents.


SCANNED
MAY 2 6 2026
U.S. DISTRICT COURT ST. PAUL

As of this filing, no response deadline, hearing date, submission date, or other visible schedule appears on the docket for resolution of ECF No. 59.

Defendant gives notice that he is requesting scheduling or filing instructions through the procedure applicable to dispositive motions under LR 7.1(c), so that ECF No. 59 may proceed on the response, submission, hearing, or other schedule directed by the Court.

Defendant does not seek adjudicative relief through this Notice. Defendant does not seek to supplement the merits of ECF No. 59 through this Notice. This Notice is filed only to identify the pending procedural status of ECF No. 59, to document Defendant's request for scheduling or filing instructions under LR 7.1(c), and to avoid any implication that Defendant has abandoned, withdrawn, replaced, amended, or supplemented that motion.

If supplemental support is later authorized by rule, order, scheduling instruction, or leave of Court, Defendant intends any supplemental support to be directed only to ECF No. 59 and not to constitute a new motion unless the Court directs otherwise.

Defendant is contemporaneously providing copies of this Notice to the United States and standby counsel.

Dated: May 26, 2026

Respectfully submitted,

/s/ Caesar Munir Wilson
Caesar Munir Wilson
Defendant, Pro Se
General Delivery
Chaska, MN
612-369-1080
caesarmunir@protonmail.com