**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**United States of America,**
Plaintiff,

v.                                          Case No. 0:26-cr-00027-LMP-JFD

**Caesar Munir Wilson,**
Defendant.

**DEFENDANT'S LETTER CLARIFYING DISCOVERY ACCESS**

**Honorable John F. Docherty**
United States Magistrate Judge
United States District Court
District of Minnesota

Dear Judge Docherty,

I respectfully submit this letter to clarify one factual point before the Court rules on discovery access.

The Government's recent letter should not be read to establish that I obtained functional discovery access on my personal Apple device. I dispute that characterization.

My personal Apple devices were not available, authorized, or used by me to access discovery during the meeting involving Pretrial Services and the Government. To the extent discovery access was shown, discussed, or demonstrated, it was not an approved independent access method that I could use going forward.

A spreadsheet or index identifying discovery files also is not the same as access to the discovery files themselves, especially where the listed files are the same materials I had already identified as inaccessible.

My position is simple: discovery access has not been functionally resolved unless there is a clear, authorized, repeatable method for me to review discovery without violating my conditions of release.

That method should identify:

1. where I may access discovery;

2. what device or system I may use;

3. whether the access is supervised or independent;

4. what monitoring or restrictions apply; and

5. what I may download, store, print, or handle.

I am not asking for sanctions, reconsideration, or a new discovery ruling through this letter. I submit this letter only to avoid any unintended finding that discovery access has already been resolved by implication, spreadsheet production, supervised demonstration, informal workaround, or disputed statement about personal-device access.

Respectfully submitted,

Dated: May 26, 2026

/s/ Caesar Munir Wilson
Caesar Munir Wilson
Defendant, pro se
General Delivery
Chaska, Minnesota 55318